No. 10–6012.  HARRIS *v.* PROGRESSIVE NORTHERN INSURANCE CO. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–6014.  JOHNSON *v.* VALENTINO ET AL.  C. A. 2d Cir. Certiorari denied.

No. 10–6016.  WOOLRIDGE *v.* CITY AND COUNTY OF RIVERSIDE, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–6018.  MARSH *v.* FLORIDA DEPARTMENT OF CHILDREN AND FAMILY SERVICES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–6019.  MARTIN *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 10–6021.  DELORIA *v.* SOUTH DAKOTA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–6023.  JOHNSON *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 10–6024.  D'ANTUONO *v.* CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 10–6027.  NELSON *v.* HARRIS, N. A., ET AL.  C. A. 7th Cir. Certiorari denied.

No. 10–6029.  McWATTERS *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 10–6032.  MALONE *v.* MARTINEZ.  C. A. 9th Cir.  Certiorari denied.

No. 10–6034.  WALSH *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–6035.  CHRISTIAN *v.* FRANK, DIRECTOR, HAWAII DEPARTMENT OF PUBLIC SAFETY.  C. A. 9th Cir.  Certiorari denied.

No. 10–6036.  TAYLOR *v.* LUDWICK, WARDEN.  C. A. 6th Cir. Certiorari denied.